```
             ✓ FILED      ___ LODGED
             ___ RECEIVED ___ COPY

                  NOV 2 2 2016

             CLERK U S DISTRICT COURT
               DISTRICT OF ARIZONA
             BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | |
|---|---|
| Plaintiff, | NO. CR-16-01413-PHX-SPL(DKD) |
| v. | **INDICTMENT** |
| Angelica Martinez-Flores, | VIO: 8 U.S.C. § 1326(a) and (b)(1) (Reentry of Removed Alien) |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about October 28, 2016, at or near Gila Bend, in the District of Arizona, ANGELICA MARTINEZ-FLORES, an alien, was found in the United States of America after having been previously denied admission, excluded, deported, and removed from the United States at or near at or near San Ysidro, California, on or about April 13, 2016, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission.

In violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: November 22, 2016

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/
MATTHEW BINFORD
Assistant U.S. Attorney